UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Steven Gaul,

        Plaintiff,

v.                                                             Civil No. 13-163 (JNE/FLN)
                                                                 ORDER

Carolyn W. Colvin, Commissioner of Social
Security,

        Defendant.

    In a Report and Recommendation dated July 29, 2014, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Plaintiff's Petition for Attorneys' Fees be granted. Defendant responded to the Report and Recommendation by expressly disclaiming any objection to it. The Court has conducted a de novo review of the record. Based on that review, the Court accepts the recommendation to grant Plaintiff's Petition for Attorneys' Fees. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's Petition for Attorneys' Fees [Docket No. 27] is GRANTED.

    2.    Plaintiff is awarded $14,062.40 in attorney fees.

Dated: August 19, 2014

                                                                      s/Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge